**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                April 7, 2009
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 08-cv-02260-RPM

CHELLEY AKINS,                                              Britton J. Morrell

      Plaintiffs,

v.

MOTHER LODE PROPERTIES, LLC.,                               Gary M. Kramer
GOLD MINE INVESTORS, LLC.,                                  Michael J. Belo
COPPER MINE, LLC. and                                       Todd R. Scardina
GALENA MINE, LLC.,

      Defendants.
_____

**COURTROOM MINUTES**
_____

**Scheduling Conference**

**9:52 a.m.**      **Court in session.**

Court reviews proposed scheduling order and counsel answer questions.

Discussion regarding Unopposed Motion for Filing Second Amended Compliant.
Counsel agree defendants' Answer [2] responds to plaintiff's Amended Complaint [5].

**ORDERED:**   **Unopposed Motion for Filing of Amended Complaint, filed April 6, 2009 [7], is stricken. Defendants' Answer to Amended Complaint, filed February 23, 2008 [2] is accepted as fully addressing the Amended Complaint filed February 26, 2009 [5].**

Discussion regarding case claims, facts and discovery.
Mr. Morrell states if the FMLA were a separate claim recovery sought would be for economic damages.
Counsel states disclosures have not been completed.
Mr. Morrell further states plaintiff's worker's compensation case has been fully resolved and no issues overlap to this case.
Court discourages the use of experts as back/front pay is an equitable remedy.
Counsel request the case be referred to a magistrate judge for settlement.

**ORDERED:**   **An order of reference to Magistrate Judge Hegarty will be issued for the limited purpose of conducting settlement. Scheduling Order approved.**

Court states if the case does not settle the trial date will be set on a Calendar Call.

**10:13 a.m. Court in recess.**        Hearing concluded.  Total time: 21 min.