IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-02260-RPM

CHELLEY AKINS,

    Plaintiff,

v.

MOTHER LODE PROPERTIES, LLC,
GOLD MINE, LLC,
COPPER MINE, LLC,
GALENA MINE, LLC,

    Defendants.

---

ORDER FOR DISMISSAL

---

    Pursuant to the Stipulated Motion for Dismissal with Prejudice [15], it is

    ORDERED that this civil action is dismissed with prejudice, each party to pay their own attorney fees and costs.

    Dated:  July 14th, 2009

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____

                                  Richard P. Matsch, Senior District Judge